UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES W. LANE, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> HANS CORPORATION, <br><br> Garnishee. | NO. MC17-5008BHS <br><br> (3:17-CV-05388-RJB) <br><br> **Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's *Application for a Writ of Continuing Garnishment* for property due and owing to the Defendant/Judgment Debtor, Charles W. Lane, from Hans Corporation, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby ORDERED that the Clerk of the Court shall issue a *Writ of Continuing Garnishment* against Hans Corporation, whose address is Hans Corporation, Attn: Payroll, 27 15th St. NE, Auburn, WA 98002.

//

//

//

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this \_\_\_4\_\_\_ day of \_\_\_October\_\_\_, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov