The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES W. LANE,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>HANS CORPORATION,<br><br>Garnishee. | NO. 3:17-MC-05008-BHS<br><br>(3:17-CV-05388-RJB)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Hans Corporation, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Hans Corporation filed its Form Answer on November 22, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Charles W. Lane (Mr. Lane) was an active employee who was paid bi-weekly.

//

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Charles W. Lane & Hans Corporation,*
3:17-MC-05008-BHS / 3:17-CV-05388-RJB) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about October 5, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Hans Corporation, shall pay to the United States Department of Justice, Nationwide Central Intake Facility, the non-exempt earnings payable to Defendant/Judgment Debtor Charles Lane, upon each period of time when Defendant/Judgment Debtor Lane is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Lane's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Lane's outstanding obligation, by the United States Department of Justice, Nationwide Central Intake Facility; and

That the payments shall be made out to the *United States Department of Justice,* referencing CDCS No. 2017A39668 and Case No. 3:17-CV-05388-RJB, and to deliver such payments either personally or by First Class Mail to:

> United States Department of Justice
> Nationwide Central Intake Facility
> P.O. Box 790363
> St. Louis, MO  63179-0363

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Charles W. Lane & Hans Corporation,*
3:17-MC-05008-BHS / 3:17-CV-05388-RJB) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 16 day of April, 2018.

_____
BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Charles W. Lane & Hans Corporation*,
3:17-MC-05008-BHS / 3:17-CV-05388-RJB) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970